**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6505**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

WILLIAM TIMOTHY KEMPH,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:06-cr-00159-AWA-JEB-1)

_____

Submitted:  July 28, 2016          Decided:  August 2, 2016

_____

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Timothy Kemph, Appellant Pro Se.  Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Timothy Kemph appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kemph, No. 2:06-cr-00159-AWA-JEB-1 (E.D. Va. filed Mar. 21, 2016 & entered Mar. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED